# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 22, 2019

159915

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
   Plaintiff-Appellant,

v

           SC: 159915
           COA: 342546
           Saginaw CC: 17-044076-FH

MICHAEL ROY PARKMALLORY,
    Defendant-Appellee.

_____/

   On order of the Court, the application for leave to appeal the May 16, 2019 judgment of the Court of Appeals is considered and, pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we VACATE the judgment of the Court of Appeals, and we REMAND this case to the Saginaw Circuit Court for an evidentiary hearing pursuant to *People v Ginther*, 390 Mich 436 (1973). The record, as expanded by the Court of Appeals, demonstrates that there is an issue of fact whether the defendant would have been able to show, as to his 2009 felony conviction, that he had "paid all fines imposed for the violation," MCL 750.224f(1)(a), or that he "successfully completed all conditions of probation or parole imposed for the violation," MCL 750.224f(1)(c), due to the May 20, 2011 bench warrant for his "failure to pay the balance of his Court Assessments," including probation supervision fees. It was premature for the Court of Appeals to reverse the defendant's convictions when it is possible that the defendant was unable to demonstrate fulfillment of MCL 750.224f(1).

   We do not retain jurisdiction.



   I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 22, 2019



              Clerk

b1119